UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YEHUDA YOSEF ADLER and<br>JENNIE ADLER, Individually and as<br>Next Friend of R.A.<br>(Minor Child)<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-00317 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Yehuda Yosef Adler and Jennie Adler, individually and as next friend of R.A. (minor child), and Defendant American Airlines Inc. hereby stipulate and agree that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, subject to re-opening by either party by letter request within sixty (60) days of entry of this Order if the settlement is not concluded.

It further is stipulated and agreed that this stipulation may be executed in counterparts, that a PDF copy of this stipulation shall have the same force and effect as the original, and that any party may file this stipulation with the Court without further notice.

Dated: April 2, 2020

        Respectfully submitted,

        **ODUNZE NWOGU LAW GROUP, P.C.**

        */s/ Nwadi Nwogu*

        Nwadi Nwogu
        Texas Bar No. 24074826
        Southern District ID No. 1125432
        Email: nwadi@onlawgroup.com
        6000 Savoy Drive, Suite 302
        Houston, Texas 77036
        713-334-8080 (office)
        713-334-3533 (fax)

        **ATTORNEYS FOR PLAINTIFFS**

        **HOLLAND & KNIGHT LLP**

        */s/ Theresa Wanat*
        Steven Raffaele
        New York State Bar No. 3903655
        *Pro Hac Vice being sought*
        steven.raffaele@hklaw.com
        31 West 52nd Street
        New York, New York 10019

        Theresa Wanat
        State Bar No. 24071469
        S.D. Texas No. 3063740
        theresa.wanat@hklaw.com
        Agnes Doyle
        State Bar No. 24084423
        S.D. Texas No. 2545474
        agnes.doyle@hklaw.com
        1100 Louisiana St., Suite 4300
        Houston, Texas 77002

        **ATTORNEYS FOR DEFENDANT**
        **AMERICAN AIRLINES, INC.**